Case 4:17-cv-00627   Document 10   Filed in TXSD on 06/07/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS LONE STAR MECHANICAL, INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-627 |
| | § | |
| SEEGERS TRUCK LINE, INC., | § § § | |
| Defendant. | § | |

### CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represent to the Court, within sixty (60) days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 7th day of June, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE